870

No. 1278, October Term, 1968. ARMSTRONG v. UNITED STATES, 395 U. S. 934;

No. 1351, October Term, 1968. STONEHILL ET AL. v. UNITED STATES, 395 U. S. 960;

No. 1355, October Term, 1968. BLUMCRAFT OF PITTS-BURGH v. CITIZENS & SOUTHERN NATIONAL BANK OF SOUTH CAROLINA ET AL., 395 U. S. 961;

No. 1373, October Term, 1968. WECHSLER v. UNITED STATES, 395 U. S. 978;

No. 1381, October Term, 1968. TOONI ET AL. v. ZUCKERT, SECRETARY OF THE AIR FORCE, 395 U. S. 980;

No. 224, Misc., October Term, 1968. STURM v. CALIFORNIA ADULT AUTHORITY ET AL., 395 U. S. 947;

No. 550, Misc., October Term, 1968. JAMISON v. UNITED STATES, 395 U. S. 986;

No. 984, Misc., October Term, 1968. ANDERSON v. SOUTH CAROLINA, 394 U. S. 574;

No. 1097, Misc., October Term, 1968. HARRIS v. ILLINOIS, 395 U. S. 985;

No. 1172, Misc., October Term, 1968. RUPPERT v. LAVALLEE, WARDEN, 395 U. S. 937;

No. 1282, Misc., October Term, 1968. CAVANAUGH v. CALIFORNIA, 395 U. S. 981;

No. 1424, Misc., October Term, 1968. BARBEE v. TEXAS, 395 U. S. 924;

No. 1554, Misc., October Term, 1968. THERIAULT v. UNITED STATES, 395 U. S. 965;

No. 1587, Misc., October Term, 1968. PETERSON ET AL. v. UNITED STATES, 395 U. S. 938;

No. 1642, Misc., October Term, 1968. HOUSE v. UNITED STATES ET AL., 395 U. S. 829; and

No. 1726, Misc., October Term, 1968. WILLIAMS v. UNITED STATES, 395 U. S. 915. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.